Benjamin L. Dodge, Esq. (#024887)
**DODGE & VEGA, PLC**
4824 E Baseline Rd, Suite 124
Mesa, Arizona 85206
Telephone: (480) 656-8333
Facsimile: (480) 656-8334
ben@dodgevegalaw.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

# FOR THE DISTRICT OF ARIZONA

| In re:<br><br>DELBERT C. HODGE<br><br>RENEE D. HODGE<br><br>Debtors<br>_____<br>Delbert C. Hodge and Renee D. Hodge,<br><br>v.<br><br>BankUnited, FSB | In Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-26411-JMM<br><br>Adv. Pro. 2:10-ap-00939-JMM<br><br>**STIUPLATION REGARDING VALUATION OF FIRST LIEN ON REAL PROPERTY AND RESOLUTION OF ADVERSARY PROCEEDING**<br><br>(Re: 6810 S. 15th Street, Phoenix, AZ 85042) |
|---|---|

IT IS HEREBY STIPULATED by and between the parties herein, through counsel undersigned, and the Debtors in Possession (the "Debtors"), that the property generally described as 6810 South 15th Street, Phoenix, AZ 85042 and legally described as:

Lot 4, SOUTH RANCH 2ND AMENDED, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, Book 520 of Maps, Page 02.

(the "Property") shall be deemed to have a value of $150,000.00. The interest rate shall be fixed at 5.5% and the loan will be re-amortized over 30 years.

1

In the event this case is converted to a Chapter 7 or dismissed, this Stipulation shall be deemed void and unenforceable.

The Stipulation resolves this adversary proceeding in all aspects.

The Stipulation is subject to Bankruptcy Court approval.

SO STIPULATED:

Dated: 10/7/10

By: _____
Leonard McDonald, Esq
Attorney for BankUnited

Dated: 10/15/10

By: _____
Benjamin L. Dodge
Attorney for Debtors

Dodge & Vega, PLC
4824 E. Baseline Rd, Ste 124.
Mesa, Arizona 85206
(480) 656-8333