THIS ORDER IS APPROVED.

Dated: October 19, 2010

_____
**JAMES M. MARLAR**
**Chief Bankruptcy Judge**
_____

Benjamin L. Dodge, Esq. (#024887)
**DODGE & VEGA, PLC**
4824 E Baseline Rd, Suite 124
Mesa, Arizona 85206
Telephone: (480) 656-8333
Facsimile: (480) 656-8334
ben@dodgevegalaw.com
Attorney for Debtors

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| In re:<br><br>DELBERT C. HODGE<br><br>RENEE D. HODGE<br><br>Debtors<br><br>Delbert C. Hodge and Renee D. Hodge,<br><br>v.<br><br>BankUnited, FSB | In Proceedings Under Chapter 11<br><br>Case No. 2:09-bk-26411-JMM<br><br>Adv. Pro. 2:10-ap-00939-JMM<br><br>**ORDER APPROVING STIUPLATION REGARDING VALUATION OF FIRST LIEN ON REAL PROPERTY AND RESOLUTION OF ADVERSARY PROCEEDING**<br><br>**(Re: 6810 S. 15th Street, Phoenix, AZ 85042)** |

Upon consideration of the Stipulation Regarding Valuation of First Lien on Real Property and Resolution of Adversary Proceeding between the Debtors and BankUnited, by and through counsel of record, good cause existing to approve the Stipulation

IT IS HEREBY ORDERED that the Stipulation Regarding Valuation of First Lien on Real Property and Resolution of Adversary Proceeding is APPROVED;

IT IS FURTHER ORDERED that the property generally described as 6810 South 15th Street, Phoenix, AZ 85042 and legally described as:

1

Lot 4, SOUTH RANCH 2ND AMENDED, according to the Plat of record in the office of the County Recorder of Maricopa County, Arizona, Book 520 of Maps, Page 02.

(the "Property") shall be deemed to have a value of $150,000.00. The interest rate shall be fixed at 5.5% and the loan will be re-amortized over 30 years;

IT IS FURTHER ORDERED that in the event this case is converted to a Chapter 7 or dismissed, this Stipulation shall be deemed void and unenforceable; and

IT IS FURTHER ORDERED that the Stipulation resolves this adversary proceeding in all aspects.

DATED AND SIGNED ABOVE

**Dodge & Vega, PLC**
**4824 E. Baseline Rd, Ste 124.**
**Mesa, Arizona 85206**
**(480) 656-8333**